**MEMORANDUM ENDORSED**



Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

April 12, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/22
```

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Contreras v. Crown Awards, Inc.*; Case No. 1:22-cv- 00300 (GHW)

Dear Judge Woods:

We represent plaintiff Yensy Contreras ("Plaintiff") in the above-referenced action. We submit this letter requesting an adjournment of the initial conference set for April 22, 2022, at 4:30 p.m. Counsel for Plaintiff's office will be closed that day in observance of Passover and will not be able to participate in the conference that day. This is Plaintiff's first request to adjourn and Defendant consents to this request.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

Application granted. The initial pretrial conference currently scheduled for April 22, 2022 is adjourned to **April 29, 2022 at 2:00 p.m.** The conference will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19 for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C).

The proposed case management plan and joint letter described in the Court's January 12, 2022 Order, Dkt. No. 5, is due on or before April 22, 2022. The parties are also reminded that pursuant to the Court's January 12, 2022 Order, Dkt. No. 6, the parties must complete mediation at least two weeks before the Initial Pretrial Conference.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: April 12, 2022
New York, New York

GREGORY H. WOODS
United States District Judge